UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Lee Jones,

Civil No. 19-cv-0862 (PJS/TNL)

Plaintiff,

v.

**ORDER**

Hennepin County Medical Center, et al.,

Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 11, 2019 (ECF No. 11), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE.**

2. Jones's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 7/9/19

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota